(August 2, 1926.)

STATE, Respondent, v. WILLIAM FLYNN, Appellant.

[248 Pac. 1118.]

APPEAL from the District Court of the First Judicial District, for Shoshone County. Hon. A. H. Featherstone, Judge.

Prosecution for rape. Judgment of conviction. *Affirmed.*

John L. Fitzgerald and Lester S. Harrison for Appellant.

The evidence is insufficient to sustain the verdict and judgment entered thereon. (*State v. Short,* 39 Ida. 446, 228 Pac. 274; *Beal v. Congdon,* 75 Mich. 77, 42 N. W. 685; *State v. Hogan,* 67 Conn. 581, 35 Atl. 508; *United States v. Mendez,* 19 P. I. 28.)

A. H. Conner, Attorney General, and John W. Cramer, Assistant, for Respondent.

The credibility of witnesses as well as the weight to be given their testimony is exclusively for the jury. (*State v. Abbott,* 38 Ida. 61, 213 Pac. 1024, 224 Pac. 791; *State v. Bouchard,* 27 Ida. 500, 149 Pac. 464.)

Where the evidence is conflicting but there is sufficient competent evidence to support the verdict and judgment based thereon the same will not be disturbed on appeal. (*State v. Brassfield,* 40 Ida. 203, 232 Pac. 1; *State v. Shepard,* 39 Ida. 666, 229 Pac. 87.)

BUDGE, J.—Appellant was convicted of the crime of statutory rape, committed upon a ten year old girl, and he appeals from the judgment.

The record discloses a state of facts the nature of which are such that no useful purpose could be served by reciting them. Such objections as were made during the trial to the admission and exclusion of evidence, and exceptions to the court's rulings thereon, present no reversible error. No exceptions were taken to the instructions, and they are not here for review. .

Appellant assigns as error the insufficiency of the evidence to sustain the verdict and judgment entered thereon, and particularly emphasizes the insufficiency of the evidence to establish penetration, and corroboration of the prosecutrix. We have examined the record fully and have reached the conclusion that there is sufficient competent evidence to support the verdict and judgment. No reversible error appearing, the judgment is affirmed.

William A. Lee, C. J., and Wm. E. Lee, Givens and Taylor, JJ., concur.